UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Sandusky Wellness Center | ) |
| | ) Case No. 3:13-CV-02085 |
| v. | ) |
| | ) Corporate Disclosure Statement |
| ASD Specialty Healthcare, Inc. d/b/a Besse Medical et al. | ) |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

ASD Specialty Healthcare, Inc., AmerisourceBergen Specialty Group, Inc., AmerisourceBergen Services Corporation, AmerisourceBergen Holding Corporation, AmerisourceBergen Drug Corporation, and AmerisourceBergen Corporation.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   __x__ Yes   _____ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   ASD Specialty Healthcare, Inc. is wholly-owned by AmerisourceBergen Specialty Group, Inc., which is wholly-owned by AmerisourceBergen Holding Corporation, which is wholly-owned by AmerisourceBergen Corporation, which is a publicly traded corporation. AmerisourceBergen Services Corporation and AmerisourceBergen Drug Corporation are also subsidiaries of AmerisourceBergen Corporation.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes   __x__ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

/s/ Jennifer J. Dawson            10/14/2013
(Signature of Counsel)            (Date)