It is so Ordered.

/s/ Jack Zouhary
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC., an Ohio limited liability company,  individually and as the representative of a class of similarly-situated persons,<br><br>   Plaintiff,<br><br>v.<br><br>ASD SPECIALTY HEALTHCARE, INC. d/b/a BESSE MEDICAL, AMERISOURCEBERGEN SPECIALTY GROUP, INC., AMERISOURCEBERGEN SERVICES CORPORATION, AMERISOURCEBERGEN HOLDING CORPORATION, AMERISOURCEBERGEN DRUG CORPORATION, AMERISOURCEBERGEN CORPORATION, and JOHN DOES 1-10.<br><br>   Defendants. | No. 3:13-cv-02085<br><br>**PLAINTIFF SANDUSKY WELLNESS CENTER, LLC'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the parties' Stipulation Regarding Motion to Dismiss Class Action Complaint (#24), Plaintiff Sandusky Wellness Center, LLC hereby dismisses without prejudice the following Defendants: AmerisourceBergen Services Corporation, AmerisourceBergen Holding Corporation, AmerisourceBergen Drug Corporation, and AmerisourceBergen Corporation.

*/s/ Matthew E. Stubbs*
GEORGE D. JONSON (0027124)
MATTHEW E. STUBBS (0066722)
MONTGOMERY, RENNIE & JONSON
36 E. Seventh Street, Suite 2100
Cincinnati, Ohio 45202
(513) 241-4722
(513) 241-8775 (fax)
Email: gjonson@mrjlaw.com
      mstubbs@mrjlaw.com

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
847-368-1500
847-368-1501(fax)
Email: bwanca@andersonwanca.com
      rkelly@andersonwanca.com

*Attorneys for Plaintiff Sandusky Wellness Center, LLC an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 4, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Matthew E. Stubbs*