**EXHIBIT 6**

JUN 2 4 2010



**WestFax**
smart communication

BILL TO:

Besse Medical
Attn: Accounts Payable
9075 Centre Pointe Drive
Suite 140
West Chester, OH 45069

REMIT TO:

*5690 DTC BLVD. SUITE 670*
*GREENWOOD VILLAGE, CO 80111*
*TEL: (303) 299-9329*
*FAX: (303) 299-9309*

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 4793 | 6/16/2010 | 965953 |

| | Terms |
|---|---|
| | Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal BESSE - Date: 6/3/2010 Job: BFX-03550769 Name: QFax - 6/3/2010 Billing Code: | 1.0 | $0.03 |
| Broadcast Fax Per Page Normal BESSE - Date: 6/16/2010 Job: BFX-03730959 Name: Prolia order Form Customers Billing Code: | 14,980.0 | $411.95 |
| Broadcast Fax Per Page Normal BESSE - Date: 6/16/2010 Job: BFX-03730960 Name: Prolia order Form Prospect Billing Code: | 40,343.0 | $1,109.44 |

79080/120/1100

| **Please Include your invoice number on your checks.** | TOTAL | 1521.4 |
|---|---|---|

BMED00407