# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

3:13cv2085
Judge Zouhary

No: 16-3741

Filed: September 12, 2017

SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly situated persons

    Plaintiff - Appellant

v.

ASD SPECIALTY HEALTHCARE, INC., d/b/a Besse Medical Amerisourcebergen Specialty Group, Inc.; JOHN DOES 1-10

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 07/11/2017 the mandate for this case hereby issues today. **Affirmed**

COSTS: None