Approved.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SANDUSKY WELLNESS CENTER, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:13-CV-02085 |
| | ) | |
| ASD SPECIALTY HEALTHCARE, INC. | ) | Hon. Jack Zouhary |
| d/b/a BESSE MEDICAL, | ) | |
| AMERISOURCEBERGEN SPECIALTY | ) | Mag. Vernelis K. Armstrong |
| GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, SANDUSKY WELLNESS CENTER, and Defendants, ASD SPECIALTY HEALTHCARE, INC. and AMERISOURCEBERGEN SPECIALTY GROUP, INC., through their undersigned attorneys, hereby stipulate to: (1) the dismissal of Sandusky's individual claims against Defendants with prejudice and without costs; and (2) the dismissal of putative class members claims against Defendants without prejudice and without costs.

Respectfully submitted,

/s/ Brian J. Wanca
Brian J. Wanca
Glenn L. Hara
Anderson + Wanca
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Email: bwanca@andersonwanca.com
ghara@andersonwanca.com

/s/ Martin W. Jaszczuk
Martin W. Jaszczuk
Keith L. Gibson
Jaszczuk P.C.
311 South Wacker Drive
Chicago, IL 60606
Email: mjaszczuk@jaszczuk.com
kgibson@jaszczuk.com

| | |
|---|---|
| */s/ Matthew E. Stubbs* | */s/ Jennifer J. Dawson* |
| Matthew E. Stubbs | Jennifer J. Dawson |
| Montgomery, Rennie & Jonson | Marshall & Melhorn, LLC |
| 36 East Seventh Street | Four Seagate, Eighth Floor |
| Cincinnati, OH 45202 | Toledo, Ohio 43604 |
| Telephone: 513-421-4722 | (419) 249-7100 |
| Email: MStubbs@mrjlaw.com | (419) 249-7151 (fax) |
| | Email: dawson@marshall-melhorn.com |
| | |
| *Counsel for Plaintiff* | *Counsel for ASD Specialty Healthcare, Inc., AmerisourceBergen Specialty Group, Inc.,* |